IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AHZAR SAIYED, Individually and as Administrator of the Estate of MIKAZNAAZ SAIYED, deceased and as Father and Next Friend of HOORAYN SAIYED, a Minor<br><br>        Plaintiffs<br><br>V.<br><br>UNITED STATES OF AMERICA, SWEDISH COVENANT HOSPITAL, SWEDISH COVENANT HEALTH, SWEDISH COVENANT MANAGEMENT, SERVICES, INC.<br><br>        Defendants. | Case No.: 1:20−cv−05524<br><br>Judge Seeger |

**JOINT STATUS REPORT**

The Parties, by and through their respective attorneys, submit the following status report pursuant to Dkt. #46.

**I.**    **Overview of Case as a Whole and the Parties:**

This is a medical negligence/wrongful death action for injuries incurred by Hoorayn Saiyed, a minor, and Mikaznaaz Saiyed, deceased. Mikaznaaz's husband, Azhar Saiyed, brings these claims as Administrator of Ms. Saiyed's estate. Mr. Saiyed also brings claims as father and next friend of Hoorayn Saiyed, his minor daughter. It is alleged that Mr. Saiyed's wife died as a result of the defendants' medical negligence. Furthermore, it is alleged that the defendants' medical negligence caused Hoorayn Saiyed to endure an anoxic brain injury during labor/birth/delivery.

The defendants are the United States of America, as two (2) of the medical professionals involved in the care and treatment (Carly Bendzans and Sarah Lambeth M.D.), are "deemed" federal employees. The other three (3) defendants are Swedish Covenant entities.

Originally, this case was filed in Illinois state court in June of 2020, before the Plaintiff was aware of the employment status of Dr. Lambeth and Nurse Bendzans. The USA subsequently removed the case to federal court and filed a motion to dismiss for failure to exhaust administrative remedies. Those issues were resolved, Plaintiff filed an Amended Complaint at Law, and all defendants have now appeared and answered.

## II.  Pending Claims and Defenses

Plaintiff's claims sound in negligence. The defendants dispute liability, causation, and the extent of damages. The parties have not yet completed party depositions, as such the major issues in the case have not yet been developed.

## III.  Discovery Issues:

This case was the subject of a motion to dismiss filed on October 26, 2021 (dkt. #23) by the Swedish Covenant defendants. That motion was fully briefed and pending for almost ten (10) months. On August 4, 2022, the Honorable Michael Dow entered an order (dkt. #40) denying the defendants' motion.

Upon denial of the defendants' motion, the parties immediately began written discovery in an effort to move this case forward expeditiously. Since entry of the Court's August 4, 2022 Order, all parties have made their Rule 26(a) initial disclosures. Plaintiff produced all medical records and bills in his possession with his initial Rule 26(a) disclosures as well as a list of treating facilities for Hoorayn. All parties have also issued written discovery. In addition, the defendants, with the

agreement of plaintiffs, moved for an agreed entry of a Privacy Act and HIPAA Order, Dkt. 47, in order to subpoena the relevant medical records, which was granted by the court on October 13, 2022. Dkt. 49. With the entry of the Privacy Act and HIPAA Order, defendants intend to subpoena all relevant medical records which will be shared with all parties in order to discuss a proposed fact discovery plan and hopefully reach an agreed proposed schedule.

There are no pending discovery deadlines; however, the parties submitted a Joint Status Report on September 2, 2022 (dkt. #44) articulating a plan for written discovery. The parties have conferred and, if amenable to the court, now request the following schedule:

- Defendants to serve initial medical records subpoenas on or before Wednesday, November 2;
- The parties to submit a joint status report with a proposed fact discovery schedule on December 9, 2022 (this time period allows the parties to receive and review the records in order to create an appropriate schedule based on the number of medical professionals that will likely need to be deposed).

### IV. Trial:

Given the nature of the claims and defenses in this complex medical negligence trial, the parties expect the trial to last two (2) to three (3) weeks. The parties expect to be complete with lay witness discovery on or before November of 2023, at which time, the parties anticipate the need for an expert discovery schedule.

### V. Relief Sought:

Plaintiff claims all damages cognizable under Illinois law including but not limited to money damages for Mikaznaaz's Saiyed's wrongful death and survival action and injuries and

damages sustained by Hoorayn Saiyed. Plaintiff also brings a claim under the Illinois Family Expense Act.

**VI.** **Key Rulings:**

On August 4, 2022, Judge Dow entered an Order denying the defendants' motion to dismiss. (dkt. #40). On October 13, 2022, this Court entered an order denying the defendants' Motion to Stay Application of 735 ILCS 5/2-1303(C) (the Illinois prejudgment interest statute) (dkt #49).

**VII.** **Settlement:**

Having not yet completed fact discovery, the parties have not engaged in meaningful settlement discussions. The parties believe that as the case progresses, a mediation or settlement conference would likely be beneficial after discovery is complete.

Respectfully Submitted,

*/s/ Amy Garland*
KOMINIAREK BRESLER HARVICK & GUDMUNDSON, LLC

Amy L. Garland (ARDC 6274738) -
agarland@kbhglaw.com
Katherine M. Kelleher (ARDC 6291688)
kkelleher@kbhglaw.com
KOMINIAREK BRESLER HARVICK & GUDMUNDSON, LLC
33 N. Dearborn St., Suite 1310,
Chicago, IL 60602
Service accepted at: service@kbhglaw.com

*One of the Attorneys for Defendants, Swedish Covenant Health d/b/a Swedish Covenant Hospital and Swedish Covenant Management Services, Inc.*

4

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: /s/ *Valerie Raedy*
    VALERIE R. RAEDY
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-8694
    valerie.raedy@usdoj.gov


Respectfully submitted,

By: /s/ *Stephen J. Phillips*
    Stephen D. Phillips
    Terrence M. Quinn
    Stephen J. Phillips
    PHILLIPS LAW OFFICES
    161 N. Clark Street, Suite 4925
    Chicago, IL 60601
    (312) 346-4262
    (312) 346-0003 (fax)
    sphillips@phillipslegal.com
    tquinn@phillipslegal.com
    sjphillips@phillipslegal.com

*One of the Attorneys for the Plaintiff*


## CERTIFICATE OF SERVICE

I, Amy Garland, certify that on October 28, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service.

    /s/ *Amy Garland*
    *One of the Attorneys for Defendants, Swedish*
    *Covenant Health d/b/a Swedish Covenant Hospital*
    *and Swedish Covenant Management Services, Inc.*