UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Ahzar Saiyed
                        Plaintiff,

v.                                                     Case No.: 1:20−cv−05524
                                                                       Honorable Steven C. Seeger

Swedish Convenant Hospital, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 12, 2022:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the joint status report. (Dckt. No. [54]) Written discovery is ongoing. The Court adopts the proposed schedule. Fact discovery will close on October 20, 2023. That's roughly 10 more months of discovery in a case filed in 2020, which should be enough. The parties must proceed with diligence, and must assume that the deadline will not move absent a concrete demonstration of good cause. The parties expect to take 25−30 depositions. That's a big number. And it requires leave of Court under Rule 30, too. The Court grants each side leave to take a dozen depositions. If there is need to take more, the Court will grant it, but the parties must provide a justification. Given the nature of the case, the Court would be inclined to grant it, but the parties must proceed efficiently. The Court directs the parties to try to reach stipulations to avoid unnecessary depositions (e.g., any records custodians) as necessary. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.